John J. Verber, State Bar No. 139917
Katrina Acosta Romero, State Bar No. 289461
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email: jverber@burnhambrown.com
       kromero@burnhambrown.com

Attorneys for DEFENDANTS
SONNY SOWLES (A.K.A. SONNY HIGHTOWER)

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DANIELS,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a public entity, SONNY SOWLES (A.K.A. SONNY HIGHTOWER), WALTER GARRETT, DAMEION THOMAS, and DOES 4-10, individually, jointly and severally,<br><br>             Defendants. | No. 3:14-cv-03088-VC<br><br>**STIPULATION AND ORDER TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT SONNY HIGHTOWER**<br><br>**Complaint Filed:  7/8/14**<br>**First Amended Complaint Filed:  12/8/14** |

Plaintiff JOSHUA DANIELS ("Plaintiff"), Defendant SONNY SOWLES (A.K.A. SONNY HIGHTOWER) and Defendant City of Oakland, by and through their attorneys of record, agree as follows:

WHEREAS Plaintiff requested an Entry of Default as to Defendant Hightower that was entered November 6, 2014 by the Clerk;

WHEREAS Defendant Sowles filed an Answer to the Amended Complaint on January 9, 2015.

///

1    IT IS THEREFORE STIPULATED that the Default as to Defendant Hightower entered on November 6, 2014, be set aside and the Answer to Amended Complaint by Sonny Sowles filed on January 29, 2015, be allowed to stand as the Answer to the Complaint.

DATED:  February 2, 2015            BURNHAM BROWN

                                                   */s/ Katrina Acosta Romero*
KATRINA ACOSTA ROMERO
Attorneys for DEFENDANTS
SONNY SOWLES (A.K.A. SONNY HIGHTOWER)

DATED:  February 2, 2015            HADDAD & SHERWIN

                                                   */s/ Genevieve K. Guertin*
MICHAEL J. HADDAD
JAMES G. CHANIN
GENEVIEVE K. GUERTIN
Attorneys for PLAINTIFF
JOSHUA DANIELS

DATED:  February 2, 2015            OAKLAND CITY ATTORNEY'S OFFICE

                                                   */s/ Wendy M. Garbers*
WENDY M. GARBERS
Attorneys for DEFENDANT
CITY OF OAKLAND

## **ORDER**

Good cause appearing and the parties having stipulated to the same, the Court finds that the above-stated stipulation to set aside the default of Defendant SONNY HIGHTOWER shall be and now is the Order of the Court.

IT IS HEREBY ORDERED that the default of Defendant SONNY HIGHTOWER is hereby set aside, and the Answer to Amended Complaint filed by Defendant SONNY SOWLES will stand as the Answer to the Complaint.

Dated: February 9, 2015

                                                   _____
HONORABLE VINCE CHHABRIA
JUDGE OF THE U.S. DISTRICT COURT

4822-1760-8737, v. 1