MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

JAMES B. CHANIN (State Bar No. 76043)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752
Fax: (510) 848-5819

Attorneys for Plaintiff
JOSHUA DANIELS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA DANIELS, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a public entity, SONNY SOWLES (A.K.A. SONNY HIGHTOWER), WALTER GARRETT, DAMEION THOMAS, and DOES 4-10, individually, jointly and severally,<br><br>　　　　　Defendants. | Case No. 3:14-cv-03088-VC<br><br>**STIPULATION AND (PROPOSED) ORDER TO AMEND CASE MANAGEMENT ORDER AS MODIFIED BY THE COURT** |

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, THAT the case management order be amended as follows:

This is a complex civil rights case with 3 individual Defendants and 7 remaining Doe Defendants.  The parties have exchanged initial disclosures, exchanged written discovery, and have subpoenaed records.  Plaintiff has deposed the three individual Defendants.  Defendants have completed Plaintiff's deposition.  Depositions of additional eye and percipient witnesses and Rule 30(b)(6) witnesses have been noticed.  Expert discovery is scheduled to open on August 31, 2015.

The parties have agreed that private mediation is appropriate at this stage of litigation, and if successful would minimize all parties' costs and attorneys' fees in this civil rights case.  A private mediation is tentatively scheduled for September 11, 2015 with Hon. James Larson at JAMS.

Trial in this case is currently set for March 7, 2016.  Expert reports are due August 31, 2015, rebuttal expert reports are due on September 21, 2015 and expert discovery will close on February 5, 2016.  Fact discovery is set to close on September 30, 2015.

In order to maximize the chances of settlement, and of avoiding incurring otherwise unnecessary costs and fees, including those associated with expert disclosures and discovery, the parties stipulate to continue the current case management deadlines and trial date.  This is the first request for extension of such deadlines.

Therefore, the parties respectfully request that this Court continue the current deadlines in this matter as follows:

| Deadline Description | Current Deadline/Date | Proposed Modified Deadline/Date |
|---|---|---|
| Completion of Fact Discovery | September 30, 2015 | December 9, 2015 |
| Disclosure of Expert Witnesses' Identities and Reports | August 31, 2015 | November 9, 2015 |
| Disclosure of Rebuttal Expert Witnesses' Identity and Reports | September 21, 2015 | December 9, 2015 |
| Dispositive Motion Hearing Deadline | December 3, 2015 | January 28, 2016 |
| Settlement Conference | December 9, 2015 | February 9, 2016 |
| Completion of Expert Discovery | February 5, 2016 | February 5, 2016 |
| Pretrial Conference | February 23, 2016 | February 22, 2016 |
| Jury Selection | | March 2, 2016 |
| Trial | March 7, 2016 | March 7, 2016 |

**See Judge Chhabria's Civil Standing Order, paragraph 9.

SO STIPULATED:

Dated: August 12, 2015                    HADDAD & SHERWIN

                                          /s/ *Michael J. Haddad*
                                          ―――――――――――――――――――――
                                          MICHAEL J. HADDAD
                                          Attorneys for Plaintiff

Dated: August 12, 2015                    BARBARA J. PARKER, City Attorney
                                          OTIS McGEE, Jr., Chief Assistant City Attorney
                                          MARIA S. BEE, Supervising Trial Attorney
                                          DAVID A. PEREDA, Deputy City Attorney

                                          /s/ * David A. Pereda
                                          ―――――――――――――――――――――
                                          DAVID A. PEREDA

|   |   |
|---|---|
|   | Attorney for Defendants CITY OF OAKLAND AND DAMEION THOMAS |
| Dated: August 12, 2015 | BURNHAM BROWN |
|   | /s/ * *John J. Verber* |
|   | JOHN J. VERBER<br>Attorney for Defendants SONNY SOWLES AND WALTER GARRETT |

* Mr. Haddad, Mr. Pereda and Mr. Verber provided their consent that this document be electronically filed.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 20, 2015

> IT IS SO ORDERED AS MODIFIED
> Judge Vince Chhabria

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT