MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

JAMES B. CHANIN (State Bar No. 76043)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752
Fax: (510) 848-5819

Attorneys for Plaintiff
JOSHUA DANIELS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DANIELS, individually, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF OAKLAND, a public entity, SONNY SOWLES (A.K.A. SONNY HIGHTOWER), WALTER GARRETT, DAMEION THOMAS, and DOES 4 through 10, Individually, Jointly and Severally, <br><br> Defendants. | Case No. 3:14-cv-03088-VC <br><br> **NOTICE OF SETTLEMENT** |

Case No. 3:14-cv-03088-VC: NOTICE OF SETTLEMENT

1   PLEASE TAKE NOTICE that the parties have reached a settlement agreement, and a
2   Stipulation (and Proposed Order) of Dismissal with Prejudice will be filed shortly.

4   DATED: November 19, 2015				HADDAD & SHERWIN LLP

						*/s/ T. Kennedy Helm*
						_____
						T. KENNEDY HELM
						Attorneys for Plaintiff JOSHUA DANIELS

Case No. 3:14-cv-03088-VC: NOTICE OF SETTLEMENT